IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO. 4:20-cv-905-ALM <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") and Arcadyan Technology Corporation ("Arcadyan") (altogether, "Defendants") and Plaintiff American Patents LLC ("American") have resolved American's claims for relief against the Defendants asserted in this case and Defendants' counterclaims against American asserted in this case.

NOW, THEREFORE, American and the Defendants, through their attorneys of record, request this Court to dismiss all claims and counterclaims asserted by American against Defendants and by Defendants against American in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: September 15, 2021

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for Plaintiff American Patents LLC*

By: */s/ Adam R. Shartzer*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Adam R. Shartzer
DC Bar No. 994420
shartzer@fr.com
Ryan M. Teel (pro hac vice)
DC Bar No. 1044020
teel@fr.com
Matthew Mosteller (pro hac vice)
CA Bar No. 324808
mosteller@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W.
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
Tim Rawson

2

CA Bar No. 304755
rawson@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real
Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendants DISH*
*Network Corporation, DISH Network*
*L.L.C. and Dish Network Service L.L.C.*

<u>/s/ David Yang</u>
David Yang (California Bar No. 246132)
Email: dyang@hycounsel.com
Matthew J. Hawkinson (California Bar No. 248216)
Email: mhawkinson@hycounsel.com
HAWKINSON YANG LLP
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: (312) 634-0370

*Attorneys for Defendant*
*Arcadyan Technology Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 15, 2021.

<u>/s/Zachariah S. Harrington</u>
Zachariah S. Harrington