IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 4:20-cv-905-ALM<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>ORDER</u>**

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff American Patents LLC ("American") and DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") and Arcadyan Technology Corporation ("Arcadyan") (altogether, "Defendants"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims and counterclaims asserted by American against Defendants and by Defendants against American in this action are hereby dismissed with prejudice. It is further

**ORDERED** that American and the Defendants shall bear their own costs, expenses and legal fees in this case.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 16th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE